
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BEVERLY G. CLAYTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:08-cv-01592-RRA |
| | ) |
| FIRST EDUCATORS CREDIT UNION., | ) |
| et al., | ) |
| | ) |
|     Defendants. | ) |

ORDER DISMISSING CASE

    A stipulation of dismissal, signed by all remaining parties who have appeared, having been filed in this action, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this case is **DISMISSED, with prejudice**, each party to bear their own costs.

    **DONE** and **ORDERED** this 29th day of January, 2008.

                                                   */s/ Robert R. Armstrong*
                                                   Robert R. Armstrong, Jr.
                                                   United States Magistrate Judge